Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Scott Davenport*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SCOTT DAVENPORT, | CASE NO.: 2:26-cv-06776 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| EASY-GO INC. dba TOURS4FUN, | **(INJUNCTIVE RELIEF DEMANDED)** |
| Defendant. | |

Plaintiff SCOTT DAVENPORT by and through his undersigned counsel, brings this Complaint against Defendant EASY-GO INC. DBA TOURS4FUN for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff SCOTT DAVENPORT ("Davenport") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Davenport's original copyrighted Work of authorship.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                     CASE NO.: 2:26-cv-06776

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

2.     Davenport is a landscape photographer and photo educator based in San Diego, California. He leads photo workshops, writes photography books, and makes tutorial videos. He regularly sells-out workshops teaching landscape photography in California and Oregon and is also the cohost of the Photographers In Cars podcast.

3.     Defendant EASY-GO INC. dba TOURS4FUN ("Easy-Go") is a California-based travel services company that operates an online platform for booking vacation packages, guided tours, hotels, and travel activities worldwide. Headquartered in Arcadia, California, the company primarily functions as a travel agency within the broader transportation services sector and serves customers through its website, Tours4fun.com. Founded in the late 2000s, Easy-Go Inc. supports a network of global travel suppliers, offering competitively priced itineraries and experiences across North America, Europe, and other international destinations. The company combines technology-driven booking tools with curated tour offerings to cater to both domestic and international travelers. At all times relevant herein, Easy-Go owned and operated the internet website located at the URL www.tours4fun.com (the "Website").

4.     Davenport alleges that Defendant copied Davenport's copyrighted Work from the internet in order to advertise, market and promote its business activities. Easy-Go committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Easy-Go's business.

## JURISDICTION AND VENUE

5.     This is an action arising under the Copyright Act, 17 U.S.C. § 501 501.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.     Defendant is subject to personal jurisdiction in California.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Easy-Go

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:26-cv-06776

engaged in infringement in this district, Easy-Go resides in this district, and Easy-Go is subject to personal jurisdiction in this district.

## DEFENDANT

9.    Easy-Go Inc. dba Tours4Fun is a California Corporation, with its principal place of business at 317 East Foothill Boulevard, Suite 100, Arcadia, California, 91006, and can be served by serving its Registered Agent, Man Lang 317 East Foothill Boulevard, Suite 100, Arcadia, California 91006.

## THE COPYRIGHTED WORK AT ISSUE

10.    In 2018, Davenport created the photograph entitled "Artist's Palette," which is shown below and referred to herein as the "Work".



11.    Davenport registered the Work with the Register of Copyrights on June 2, 2018 as part of a group registration. The Group Registration was assigned registration number VA 2-107-979. The Certificate of Registration is attached hereto as **Exhibit 1**.

12.    At all relevant times Davenport was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY EASY-GO

13.    Easy-Go has never been licensed to use the Work for any purpose.

3

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

14.     On a date after the Work was created, but prior to the filing of this action, Easy-Go copied the Work.

15.     On or about May 23, 2025, Davenport discovered the unauthorized use of his Work on the Website.

16.     Easy-Go copied Davenport's copyrighted Work without Davenport's permission.

17.     After Easy-Go copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its travel business.

18.     Easy-Go copied and distributed Davenport's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19.     Easy-Go committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20.     Davenport never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21.     Davenport notified Easy-Go of the allegations set forth herein on July 16, 2025 and March 2, 2026. To date, the Parties have failed to resolve the matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

22.     Davenport incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.     Davenport owns a valid copyright in the Work.

24.     Davenport registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

4

25. Easy-Go copied, displayed, and distributed the Work and made derivatives of the Work without Davenport's authorization in violation of 17 U.S.C. § 501.

26. Easy-Go performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Davenport has been damaged.

29. The harm caused to Davenport has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

30. Davenport incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

31. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

32. Easy-Go has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

33. Despite having the ability to stop the infringed Work from being displayed on its Website, Easy-Go allowed the materials to remain up for display.

34. To the extent that the actions described above were performed by the third-party alone, Easy-Go is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Davenport's authorization in violation of 17 U.S.C. § 501.

35. Davenport has been damaged.

36. The harm caused to Davenport has been irreparable.

WHEREFORE, the Plaintiff SCOTT DAVENPORT prays for judgment against the Defendant EASY-GO INC. DBA TOURS4FUN that:

a. Easy-Go and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:26-cv-06776

permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Easy-Go be required to pay Davenport his actual damages and Defendant's profits attributable to the infringement, or, at Davenport's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     Davenport be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     Davenport be awarded pre- and post-judgment interest; and

e.     Davenport be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Davenport hereby demands a trial by jury of all issues so triable.

DATED: June 22, 2026                    Respectfully submitted,


                                        */s/ Matthew L. Rollin*
                                        MATTHEW L. ROLLIN
                                        **SRIPLAW, P.A.**
                                        *Counsel for Plaintiff Scott Davenport*

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:26-cv-06776

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE